| In re | Ronald Nicholas Galiazzo | | Related Bankruptcy Case: 18-40283 |
|---|---|---|---|
| | Debtor | | Chapter 7 |
| | | | Judge Elizabeth D. Katz |
| | Ronald Nicholas Galiazzo | | Adversary Proceeding: 18-04024 |
| | Plaintiff | | |
| vs. | | | |
| | U.S. Department of Education | | |
| | Defendant | | |

### ALIAS SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer within 35 days.

**ANSWER DUE: 1/14/19**

        Address of Clerk:

           U. S. Bankruptcy Court
           595 Main Street
           Worcester, MA 01608

**At the same time,** you must also serve a copy of the motion or answer upon the plaintiff's attorney.

        Name and Address of Plaintiff's Attorney:
           Thomas J. Moran Jr.
           Office of Thomas J. Moran, Jr.
           235 Viscoloid Ave
           Leominster, MA 01420

If you make a motion, your time to answer is governed by FRBP 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date: 12/14/18

                                        Mary P. Sharon
                                        Clerk, U.S. Bankruptcy Court



                                        By the Court,

                                        Catherine Leas
                                        Deputy Clerk
                                        (413) 785-6908

CERTIFICATE OF SERVICE

I, _Thomas J. Moran, Jr._ (name), certify that service of this summons and a copy of the complaint was made : _12-18-18_ (date) by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
_Andrew E. Lelling, United States Attorney, District of MA_
_1 Courthouse Way, Suite 9200 Boston MA 02210_

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

_12-18-18_  _[signature]_
Date         Signature

Print Name: _Thomas J. Moran, Jr._
Business Address: _235 Viscoloid Ave_
City: _Leominster_  State: _MA_  Zip: _01453_